UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| EDDIE RENCHER, JR., | Case No.: 2:22-cv-00704-JAD-VCF |
|---|---|
| Petitioner | |
| v. | **Order Dismissing Petition as Second and Successive** |
| GARRETT, *et al.*, | |
| Respondents | |

On August 31, 2022, I directed Eddie Rencher, Jr. to show cause why the court should not dismiss his *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus petition as second or successive to *Rencher v. Williams, et al.*[1] In response, Rencher filed what he styled as a motion showing good cause.[2] But his filing only sets forth three claims of ineffective assistance of counsel; he does not address whether his petition is second and successive. Rencher has already acknowledged that he previously challenged this judgment of conviction in this court in *Rencher I*.[3] As I explained previously, before filing a second or successive petition in this court, Rencher needed to first obtain authorization from the Ninth Circuit Court of Appeals.[4] As he has not shown that his petition is not successive or that he received authorization from the Ninth Circuit to file a successive petition, I must dismiss it.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to **FILE** the petition **[ECF No. 1-1]**.

---

[1] ECF No. 7; Case No. 2:12-cv-01258-APG-GWF (D. Nev. Mar. 31, 2017) ("*Rencher I*").
[2] ECF No. 9.
[3] *Id*.
[4] *See* 28 U.S.C. § 2244(b).

IT IS FURTHER ORDERED that the petition is **DISMISSED** as second and successive.

IT IS FURTHER ORDERED that petitioner's motion showing good cause **[ECF No. 9] is DENIED**.

IT IS FURTHER ORDERED that no certificate of appealability will issue.

IT IS FURTHER ORDERED that the Clerk is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
October 31, 2022